# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Jim Leanhart
Division Manager

July 22, 2015

United States District Court
Southern District of New York
Attention: Clerks Office
500 Pearl Street
New York, NY 10007-1312

U.S. DISTRICT COURT
FILED
JUL 29 2015
D.S.
S.D. OF N.Y.

RE: Transfer of Criminal Case - 15 MAG 2501
Middle District of Florida - 3:15-MJ-1122-MCR
United States v. YURI LEBEDEV

Dear Sir and/or Madame:

Pursuant to Rule 5(c)(3) of the Federal Rules of Criminal Procedure, the above referenced case is being transferred to your Court, as it is the original charging district. Enclosed you will find instructions which will allow you access to our electronic records for purposes of retrieving documentation relating to your case.

Please acknowledge receipt of this letter and the instruction sheet on the bottom of the copy of this letter and return the copy to this office. Thank you.

SHERYL L. LOESCH, CLERK

By:   Sharon H. Spaulding, Deputy Clerk

Enclosures

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

This is to acknowledge receipt of the above documents in the above referenced case on this _____ day of _July 29, 2015_____.

By: _____

BOND

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:15-mj-01122-MCR-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Lebedev | Date Filed: 07/21/2015 |
| Other court case number: 15 MAG 2501 Southern District of New York | Date Terminated: 07/22/2015 |

Assigned to: Magistrate Judge Monte C. Richardson

### Defendant (1)

**Yuri Lebedev**　　　　　　　　　　represented by **Yuri Lebedev**
*BOND*　　　　　　　　　　　　　　　　　　　　　　　1813 Autumnbrook Lane
*TERMINATED: 07/22/2015*　　　　　　　　　　　　St. Johns, FL 32259
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

　　　　　　　　　　　　　　　　　　　　　　　　　　**Curtis Scott Fallgatter**
　　　　　　　　　　　　　　　　　　　　　　　　　　Fallgatter, Farmand & Catlin, PA
　　　　　　　　　　　　　　　　　　　　　　　　　　200 E Forsyth St
　　　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　　　　　　　　　　　904/353-5800
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 904/353-5801
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: fallgatterlaw@fallgatterlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

**Pending Counts**　　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**　　　　　　　　　　　　　　　　**Disposition**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES

**Plaintiff**

USA                              represented by **Bonnie Glober**
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2015 | 1 | Arrest (Rule 5(c)(3)) of Yuri Lebedev from Southern District of New York on charges of conspiracy to operate an unlicensed money transmitting business and operation of an unlicensed money transmitting business. (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 2 | Minute Entry for proceedings held before Magistrate Judge Monte C. Richardson: Initial Appearance in Rule 5(c)(3) Proceedings as to Yuri Lebedev held on 7/21/2015 Appearance entered by Curtis Scott Fallgatter for Yuri Lebedev on behalf of defendant.. (Digital) (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 3 | ORAL MOTION for Bond by USA as to Yuri Lebedev. (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 4 | WAIVER of Rule 5(c)(3) Hearing (EXECUTED AND FILED IN OPEN COURT) by Yuri Lebedev. (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 5 | **ORDER Setting Conditions of Release as to Yuri Lebedev (1) $25,000.00 - Unsecured. Signed by Magistrate Judge Monte C. Richardson on 7/21/2015. (SHS)** (Entered: 07/21/2015) |
| 07/21/2015 | 6 | Unsecured BOND entered as to Yuri Lebedev in amount of $ 25,000.00. (SHS) (Entered: 07/21/2015) |
| 07/22/2015 | 7 | NOTICE OF ATTORNEY APPEARANCE: Curtis Scott Fallgatter appearing for Yuri Lebedev *LIMITED* (Fallgatter, Curtis) (Entered: 07/22/2015) |
| 07/22/2015 | 8 | **ORDER OF REMOVAL pursuant to Rule 5(c)(2) to District of Southern District of New York as to Yuri Lebedev Signed by Magistrate Judge Monte C. Richardson on 7/22/2015. (SHS)** (Entered: 07/22/2015) |
| 07/22/2015 | 9 | TRANSFER Rule(5)(c)(3) to Southern District of NY as to Yuri Lebedev (SHS) (Entered: 07/22/2015) |
| 07/22/2015 | 10 | Receipt for Surrender of Passport as to Yuri Lebedev Passport Number 514075635 issued by USA (LAW) (Entered: 07/22/2015) |
| 07/22/2015 | 🔒 | (Court only) ***COPIES mailed to U.S. Department of State as to Yuri |

| | | Lebedev; re 10 Receipt for Passport - Surrender (LAW) (Entered: 07/22/2015) |

BOND

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:15-mj-01122-MCR-1
### Internal Use Only

Case title: USA v. Lebedev
Other court case number: 15 MAG 2501 Southern District of New York

Date Filed: 07/21/2015
Date Terminated: 07/22/2015

Assigned to: Magistrate Judge Monte C. Richardson

### Defendant (1)

**Yuri Lebedev**
*BOND*
*TERMINATED: 07/22/2015*

represented by **Yuri Lebedev**
1813 Autumnbrook Lane
St. Johns, FL 32259
PRO SE

**Curtis Scott Fallgatter**
Fallgatter, Farmand & Catlin, PA
200 E Forsyth St
Jacksonville, FL 32202
904/353-5800
Fax: 904/353-5801
Email: fallgatterlaw@fallgatterlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints

### Disposition

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES

**Plaintiff**

USA　　　　　　　　　　　　　represented by **Bonnie Glober**
　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2015 | 1 | Arrest (Rule 5(c)(3)) of Yuri Lebedev from Southern District of New York on charges of conspiracy to operate an unlicensed money transmitting business and operation of an unlicensed money transmitting business. (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 2 | Minute Entry for proceedings held before Magistrate Judge Monte C. Richardson: Initial Appearance in Rule 5(c)(3) Proceedings as to Yuri Lebedev held on 7/21/2015 Appearance entered by Curtis Scott Fallgatter for Yuri Lebedev on behalf of defendant.. (Digital) (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 3 | ORAL MOTION for Bond by USA as to Yuri Lebedev. (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 4 | WAIVER of Rule 5(c)(3) Hearing (EXECUTED AND FILED IN OPEN COURT) by Yuri Lebedev. (SHS) (Entered: 07/21/2015) |
| 07/21/2015 | 5 | **ORDER Setting Conditions of Release as to Yuri Lebedev (1) $25,000.00 - Unsecured. Signed by Magistrate Judge Monte C. Richardson on 7/21/2015. (SHS)** (Entered: 07/21/2015) |
| 07/21/2015 | 6 | Unsecured BOND entered as to Yuri Lebedev in amount of $ 25,000.00. (SHS) (Entered: 07/21/2015) |
| 07/22/2015 | 7 | NOTICE OF ATTORNEY APPEARANCE: Curtis Scott Fallgatter appearing for Yuri Lebedev *LIMITED* (Fallgatter, Curtis) (Entered: 07/22/2015) |
| 07/22/2015 | 8 | **ORDER OF REMOVAL pursuant to Rule 5(c)(2) to District of Southern District of New York as to Yuri Lebedev Signed by Magistrate Judge Monte C. Richardson on 7/22/2015. (SHS)** (Entered: 07/22/2015) |
| 07/22/2015 | 9 | TRANSFER Rule(5)(c)(3) to Southern District of NY as to Yuri Lebedev (SHS) (Entered: 07/22/2015) |
| 07/22/2015 | 10 | Receipt for Surrender of Passport as to Yuri Lebedev Passport Number 514075635 issued by USA (LAW) (Entered: 07/22/2015) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                          Case No.3:15-MJ-1122-MCR

**YURI LEBEDEV**

---

## UNSECURED APPEARANCE BOND

**NON-SURETY:** I, the undersigned defendant acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of **$25,000.00**, and there has **NOT** been a deposit into the Registry of the Court.

The conditions of this bond are that the defendant **YURI LEBEDEV** is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in defendant's case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered, or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion of such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **July 21, 2015** at Jacksonville, Florida.

Defendant _____   Address  1813 Autumn Brook L

Surety _____   Address  St. Johns FL 32259

Surety _____   Address _____

Signed and acknowledged before me on July 21, 2015.

Deputy Clerk: _____

Parties notified

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.

**YURI LEBEDEV**

ORDER SETTING CONDITIONS
OF RELEASE

Case No. 3:15-MJ-1122-MCR

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations, arrests or convictions to Pretrial Services immediately.

(2) The defendant **shall remain at the address provided to the Court and not change address without prior permission from the Court.**

(3) The defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at **U.S. Marshal Service in the Southern District of New York no later than 1:30 p.m. on August 4, 2015.**

### ADDITIONAL CONDITIONS OF RELEASE

In order reasonably to assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of defendant is subject to the conditions set forth below:

(4) **Financial Conditions:**

The defendant shall execute an **unsecured** bond binding defendant to pay the United States of America the sum of **$25,000.00, with no money deposited with the Registry of the Clerk of Court.**

(5) **Specific Conditions: The defendant shall:**

Abide by the following restrictions on travel: **defendant's travel is restricted to Middle District of Florida, Northern District of Florida and Southern District of New York.**

Report on a regular basis to **Pretrial Services Office** as directed by the Pretrial Services Officer.

Refrain from possessing a firearm, destructive device, or other dangerous weapon.

Immediately surrender passport to the Clerk of the United States District Court. He is not to obtain a new passport or any other new travel documents.

## ADVICE OF PENALTIES AND SANCTIONS

### TO THE DEFENDANT:

### YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more

than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 7/21/15

Signature of Defendant

1813 Autumnbrook Ln
Address

St. Johns, FL     904-679-8235
City and State        Telephone

### DIRECTIONS TO UNITED STATES MARSHAL

(X) The defendant is **ORDERED** released after processing.
( ) The United States Marshal is **ORDERED** to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 7/21/15

MONTE C. RICHARDSON
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Glober)
Curtis Fallgatter, Esq.)
U.S. Marshal
Pretrial Services

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.    CASE NO: 3:15-MJ-1122-MCR

YURI LEBEDEV

## ORDER

The defendant appeared before this Court pursuant to Rule 5(c)(3), Fed.R.Crim.P., having been arrested on a Warrant issued by the Southern District of New York. The defendant was advised of the charges, rights, maximum penalties and of his right to counsel.

The defendant appeared with counsel and freely, voluntarily, knowingly and intentionally waived his right to an Identity hearing and Preliminary hearing. Accordingly, it is hereby **ORDERED**:

1. The defendant, having been released on conditions of release, is directed to report to the U.S. Marshal Service in the Southern District of New York on August 4, 2015 no later than 1:30 p.m.

2. The Clerk of the Court shall transmit to the Southern District of New York any appropriate documentation from the file and then close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of July, 2015.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:
Asst. U. S. Attorney (Glober)
Curtis Fallgatter, Esq.
U. S. Marshal Service
U. S. Pretrial Services

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT

7·21·15

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA
v.

YURI LEBEDEV

Case No.: 3:15-MJ-1122-MCR

## WAIVER OF RULE 5(c)(3) HEARINGS

I, YURI LEBEDEV, understand that charges are pending in the Southern District of New York alleging violation of Title 18 U.S.C. § 371 (conspiracy to operate an unlicensed money transmitting business) and Title 18 U.S.C. § 1960 (operation of an unlicensed money transmitting business) and that I have been arrested in this district and taken before a United States magistrate judge, who informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the Warrant;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

### I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

- ☒ identity hearing
- ☒ preliminary hearing
- ☐ Identity hearing and have been informed I have no right to a preliminary hearing
- ☐ Identity hearing and reserve my right to have the detention hearing held in the prosecuting district
- ☐ identity hearing but request a preliminary hearing to be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
YURI LEBEDEV

_____
Counsel for the Defendant

July 21, 2015